Approved.
/s/ *Benita Y. Pearson* on 2/19/2026
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAROLD VARGAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 5:25-cv-2546<br><br>JUDGE BENITA Y. PEARSON |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Harold Vargas hereby dismisses the above-captioned action without prejudice as to Defendant The Goodyear Tire & Rubber Company.

Dated: February 18, 2026

Respectfully submitted,

*/s/ Philip J. Krzeski*
Philip J. Krzeski (OH Bar #0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com

*Attorney for Plaintiff and the Proposed Class*